UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) : : | Civil Action No.    MDL-875 |

_____

**This Document Relates to:**

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **RICHARD WALTON** : : | |
| v. : : | Civil Action No.    93-3437 |
| **ACandS, INC.,** *et al.* : | |

_____

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD WALTON** : : | |
| v. : : | Civil Action No.    62570 |
| **ACandS, INC.,** *et al.* : | |

_____

## NOTICE OF DISMISSAL

Now comes the Plaintiff, by his undersigned attorneys, and hereby dismisses the above-captioned case.

*/s/ Armand J. Volta, Jr.*
Armand J. Volta, Jr. (Fed. Bar # 07982)
Law Offices of Peter G. Angelos, P.C.
One Charles Center - 22nd Floor
100 North Charles Street
Baltimore, MD  21201
410-649-2000